United States Court of Appeals

FOR THE EIGHTH CIRCUIT

_____

No. 96-2187

_____

Everett Chester Conley,                   *
                                          *
        Appellant,                        *
                                          *
        v.                                *
                                          *
Robert Perry, Major, North Central Unit,  *
Arkansas Department of Correction,        *
                                          *
        Appellee.                         *

                                             Appeal from the United States
----------------------------                 District Court for the
                                             Eastern District of Arkansas.

Everett Chester Conley,                   *
                                          *
        Appellant,                        *       [UNPUBLISHED]
                                          *
        v.                                *
                                          *
Robert Perry, Major, North Central Unit,  *
Arkansas Department of Correction,        *
                                          *
        Appellee.                         *

                    _____

        Submitted:  July 23, 1997

        Filed:  July 29, 1997

                    _____

Before McMILLIAN, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit
      Judges.
                        _____

PER CURIAM.

      Everett Chester Conley, an Arkansas inmate, appeals from the district court[1]
order granting defendant judgment as a matter of law in Conley's 42 U.S.C. § 1983
actions, which were consolidated below. After carefully reviewing the record and the
parties' briefs, we conclude the dismissal was proper. Accordingly, we affirm. See 8th
Cir. R. 47B.


      A true copy.


            Attest:


                  CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable H. David Young, United States Magistrate Judge for the Eastern
District of Arkansas, to whom the case was referred for final disposition by consent of
the parties pursuant to 28 U.S.C. Section 636(c).